UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| LARA J. WHITE | * | CIVIL ACTION NO. 16-1405 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| LASALLE CORRECTIONS INC. ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to dismiss for failure to join a required party under Rule 19, Fed. R. Civ. P. 12(b)(7) [doc. # 10], filed by Defendants LaSalle Corrections, Inc., Richwood Correctional Center, LLC, Ray Hanson, Gerald Hardwell, Roderick Douglas, and Danielle Walker is DENIED AS MOOT because plaintiff has since joined the required party.

THUS DONE AND SIGNED in Chambers at Monroe, Louisiana, this 24th day of May, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE